### ASPENWALL V. WHITEMORE.

Parol evidence not admissible to prove the contents of a libelous writing.

ACTION of the case for saying that the plaintiff was a thief and had stolen his timber and for writing and publishing a certain advertisement, therein charging the plaintiff with having stolen from him, and offering a reward to any person who would take up and secure the plaintiff that he might be brought to justice.    Plea — Not guilty.    Issue to the court.

Parol evidence was offered to prove the contents of said libelous writing.    By the court — The writing must be produced, parol evidence not admissible to prove the contents, unless it is lost or destroyed or is in the hands of the defendant.